**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| DAWN ALGIERI, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:17-cv-399-DBH |
| | ) | |
| RANDALL JAMES, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 27, 2017, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Screening Complaint Pursuant to 28 U.S.C. § 1915(e). The deadline for filing objections to the Recommended Decision was November 13, 2017. The plaintiff filed additional documents in support of her complaint on November 7, 16 and 22, 2017, and I treat these documents as objections. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. After a review in accordance with 28 U.S.C. § 1915(e)(2), the plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 27TH DAY OF NOVEMBER, 2017**

/S/D. BROCK HORNBY

**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**